■ JOSEPH GINESI et al., Appellants, v. ALBERT A. GREEN, Respondent, et al., Defendant.— Order, entered on December 19, 1961, denying plaintiffs' motion for summary judgment in a negligence action, unanimously affirmed, without costs, but with leave to renew the motion on papers containing evidentiary facts establishing liability and also damages with respect to each plaintiff. Concur — Breitel, J. P., McNally, Stevens, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD KAHIGAS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MOORE. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH. [In each action]. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ In the Matter of Arbitration between L. & E. UNIFORM COMPANY and ASHLAND CLOTHES, INC.— Motion for an order permitting inclusion in the papers on appeal three letters written to the arbitrator granted. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ MARY DAMIANO v. GIOVANNI DAMIANO, Also Known as JOHN DAMIANO. — Motion for reargument granted and upon such reargument the motion for leave to dispense with printing is granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for defendant-respondent, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court, and on the further condition that plaintiff turn over the bankbook or is relieved of the obligation to do so by a modification or vacatur of the order directing such turnover. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ MAXIMO CAMACHO v. MORTON TABAK et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ COMMISSIONER OF WELFARE FOR THE CITY OF NEW YORK v. MICHAEL JANICKI.— Motion for certain relief denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ BRIDGET KOVACH v. STEPHEN KOVACH.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 22, 1962, with notice of argument for April 3, 1962, said appeal to be argued or submitted when reached. The application of the appellant for leave to proceed on typewritten papers is denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ JAFFE TRADING CORPORATION v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— Motion for a stay granted. Motion to dismiss appeal denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of JOHN H. LIVINGSTON, JR. (CHARLES A. LIVINGSTON). — Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., McNally, Stevens, Steuer and Bergan, JJ.

■ In the Matter of RICHARD J. MORGAN, Deceased. CHARLES J. MORGAN, Appellant; DANIEL A. MORGAN, Respondent.— Motion to dispense with printing of exhibits in the record on appeal granted, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.